# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LOUIS ALLISON,

        Plaintiff,

v.                                              Case No. 25-CV-1002

BROWN COUNTY, WISCONSIN,
BROWN COUNTY SHERIFF'S DEPARTMENT,
KYLE MASON,
HAYDEN ESTANO, and
TODD PROCHASKA,

        Defendants.

## ORDER OF DISMISSAL

      Before the court is the defendants' Motion to Dismiss or Stay (ECF No.5) filed on July 16, 2025. Plaintiff Louis Allison's response was due on August 6, 2025, Civ. L.R. 7(b). On, September 3, 2025, the court provided Allison with notice of his dereliction and ordered him to respond to the motion to dismiss within seven days or face dismissal of the action for failure to prosecute under Civ. L.R. 41(c). Eight days later, Allison has still failed to respond.

**IT IS THEREFORE ORDERED** that the case is DISMISSED with prejudice.

*See* Fed. R. Civ. P. 41(b); Civ. L.R. 41(c)

Dated at Green Bay, Wisconsin this 15th day of September, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge